UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CR-00159-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br> v. )<br> )<br>LUIS GUSTAVO MENDOZA RANGEL, )<br> )<br> **Defendant.** )<br> ) | **ORDER** |

**THIS MATTER** is before the Court on Defendant's appeal, (Doc. No. 16), of the Order of Detention, (Doc. No. 13). The Court hereby directs the Government to respond no later than August 22, 2023. Defendant may file a reply brief in accordance with the Local Rules.

**IT IS SO ORDERED.**

Signed: August 8, 2023

Frank D. Whitney
United States District Judge