UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:23cr159

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>LUIS GASTAVO MENDOZA RANGEL, )<br>)<br>Defendant. )<br>) | **DOCKET CALL** |

THE COURT hereby gives notice that the bench trial in the above-captioned case will commence at 10:00 am, Monday, November 6, 2023, at Courtroom 5B, Charles R. Jonas Federal Building.

IT IS SO ORDERED.

Frank D. Whitney
United States District Judge